ACCEPTED
03-14-00650-CV
4408912
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 4:41:57 PM
JEFFREY D. KYLE
CLERK

WESLEY SPEARS AND RENEE JACOBS, APPELLANTS

V.

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 4:41:57 PM
JEFFREY D. KYLE
Clerk

FALCON POINTE COMMUNITY ASSOCIATION, APPELLEE

NO. 03-14-00650CV

MARCH 6, 2015

## APPELLANTS' MOTION FOR PERMISSION FILE BRIEF THAT EXCEDDS THE CIVIL WORD COUNT ALLOWED BY THIS COURT

Wesley S. Spears, State Bar No. 18898400, Spears Law, 401 Congress Avenue., Suite 1540, Austin, Texas 78701, Tel. 512-696-2222, Fax. 512-687-3499 Attorney for Appellants, email, wesleys637@yahoo.com.

Appeal from County Court One of Travis County, Texas

No. 3-14-00650

C-1-CV-13-010214

## IDENTITY OF PARTIES AND COUNSEL

Appellants, Wesley Spears and Renee Jacobs

Appellants' counsel

Wesley S. Spears, State Bar No. 18898400, Spears Law, 401 Congress Avenue., Suite 1540, Austin, Texas 78701, Tel (512)696-2222, Fax. 512-687-3401.

Appellee, Falcon Pointe Community Homeowners' Association

Appellee's Counsel

David Chamberlain, Chamberlain and McHaney, 301 Congress Avenue, 22nd Floor, Austin, Texas 78701 Tel. 512-474-9124, Fax. 512-474-8582

Appellants hereby moves for an order of the Court granting this Motion to allow appellants' to file their brief with footnotes which exceeds the 15,000 word count allowed in civil appeals. The actual word count in Appellants' Brief is 18,124. Appellants' have made efforts to reduce the size of the appellants' Brief. But because of the extensive facts cited in appellants' Brief and the fact the Court Record in this matter is over twelve hundred pages, the appellants respectfully submits that it is in the interest of justice that this court grant this Motion.

Appellants' Wesley Spears
and Renee Jacobs


By:/S/WESLEY SPEARS
Wesley Spears
Bar No.18898400
401 Congress Avenue,
Suite 1540
Austin, Texas 78701
Tel.: 512-696-2222
Fax.: 512-687-3499
Attorney for Appellants

**CERTIFICATION OF CONFERENCE**

This is to certify that appellants' counsel, Wesley Spears and appellee's conferred today pursuant to Tex. R. App. P. 10.1 (a) (5) regarding the foregoing Motion. Appellee does not object to the Third Court of Appeals granting the foregoing Motion to allow Appellants to file their Brief that exceeds the civil word count for civil Briefs.

/s/Wesley Spears
_____
Wesley Spears

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Motion was served on counsel for appellee, David Chamberlain, Chamberlain and McHaney, 301 Congress Avenue, 22nd Floor, Austin, Texas 78701 Tel. 512-474-9124, Fax. 512-474-8582 By EMAIL on this 6th day of March, 2015.

Appellants, Wesley Spears and Renee Jacobs

By:/S/Wesley Spears
Wesley Spears
Bar No.18898400
401 Congress Avenue,
Suite 1540
Austin, Texas 78701
Tel.: 512-696-2222
Fax.: 512-687-3499
Attorney for Appellants